**Order entered October 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00615-CR

## EX PARTE JAMES MICHAEL DRAUCKER

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. WR-1-22-0006**

## ORDER

Before the Court is appellant's September 21, 2022 pro se request to file a motion to request for new counsel. Appellant is represented by counsel, and he is not entitled to hybrid representation. *See Ex parte Bohannan*, 350 S.W.3d 166, 166 n.1 (Tex. Crim. App. 2011). Accordingly, appellant's pro se request is **DENIED** without prejudice.

/s/     DAVID J. SCHENCK
        JUSTICE